MUNICIPIO DE SAN JUAN, peticionario, *v.* JUNTA DE CALIDAD AMBIENTAL Y OTROS, recurridos.

*Número:* CC-99-496          *Resuelto:* 2 de julio de 1999

*Alberto Omar Jiménez Santiago* y *Luis H. Sánchez Caso*, abogados del peticionario.

## RESOLUCIÓN

Con el propósito de evaluar el recurso presentado con el detenimiento que amerita y en auxilio de nuestra jurisdicción, *se ordena la paralización de la demolición de las estructuras del Condado Trío hasta que otra cosa disponga este Tribunal.*

*Notifíquese por fax y vía telefónica.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri emitió un voto concurrente separado. Los Jueces Asociados Señores Rebollo López y Corrada Del Río disintieron por entender que la sentencia emitida por el Tribunal de Circuito de Apelaciones es correcta en derecho y que la acción que hoy toma el Tribunal es contraria a toda su jurispru-

dencia sobre la materia. El Juez Asociado Señor Negrón García no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*

— O —

Voto concurrente separado emitido por el Juez Asociado Señor Fuster Berlingeri.

Estoy de acuerdo con el dictamen emitido hoy por este Foro, pero creo menester hacer una breve expresión sobre el asunto que nos concierne aquí.

En dos ocasiones anteriores, el recurso de autos ha estado ante nos. En ambas de ellas he concurrido con la paralización temporánea de la demolición del hotel La Concha ordenada por este Tribunal para permitirle al foro apelativo emitir su decisión. Sin embargo, en dichas dos ocasiones expresé también mi criterio de que la paralización aludida *debía mantenerse en vigor hasta que hubiese recaído un dictamen judicial firme y final.*

De haber prevalecido mi criterio en las ocasiones anteriores, no sería necesaria ahora esta tercera intervención nuestra, ni el dispendio de esfuerzos y recursos judiciales y de las partes que ella acarrea. También se hubiese evitado el vaivén procesal intrajurisdiccional, que sólo ha servido para crear falsas impresiones negativas de inestabilidad y parcialidad con respecto a la Rama Judicial y para darle pretextos a la crítica politiquera de burócratas y otros.

Finalmente, quizás le hubiese llegado un mensaje claro a los que tienen mucha prisa y poca moderación en imponer su voluntad administrativa, de que no pueden actuar festinadamente mientras sus actuaciones se impugnan en los tribunales. Aunque no lo comprendan, por la exaltación que les provoca la arrogancia del poder, *existe* una *tercera* rama de gobierno en nuestro sistema constitucional, y la

última palabra con respecto a cuestiones jurídicas le compete a esta tercera rama. Las máquinas de demolición no pueden operar hasta tanto se resuelva de modo final y firme en los tribunales si es lícito lo que la administración de turno pretende hacer.